# First District Court of Appeal
## State of Florida

_____

No. 1D20-2106

_____

LARRY PRIDE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 18, 2020

PER CURIAM.

DENIED.

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Larry Pride, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.